UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMAR ALLI,

          Plaintiff,

- against -

ESU PALMER, ET AL.,

          Defendants.

23-cv-4699 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The plaintiff is directed to file an amended complaint by **November 24, 2023,** naming all of the newly-identified individuals (and including their badge numbers) to be added to this action. The plaintiff must also allege facts citing how these individuals were personally and directly involved in the events giving rise to this action. See Tangreti v. Bachmann, 983 F.3d 609 (2d Cir. 2020). Once the plaintiff has filed an amended complaint, the Court can issue an Order of Service. The Clerk should mail a copy of this Order to the pro se plaintiff and note service on the docket.

SO ORDERED.

Dated:    New York, New York
          October 23, 2023

                                              John G. Koeltl
                                      United States District Judge