UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

UMAR ALLI,                                  23-cv-4699 (JGK)

            Plaintiff,            ORDER

    - against -

ESU PALMER, ET AL.,

            Defendants.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by January 5, 2024.

SO ORDERED.

Dated:    New York, New York
          October 31, 2023

                                        John G. Koeltl
                                United States District Judge