UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMAR ALLI,                                    23-cv-4699 (JGK)

             Plaintiff,              ORDER

   - against -

ESU PALMER, ET AL.,

             Defendants.

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to file an amended complaint is extended to **January 23, 2024.**

SO ORDERED.

Dated:    New York, New York
            December 14, 2023

                                           _____
                                               John G. Koeltl
                                            **United States District Judge**