```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/24/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

UMAR ALLI,

                                  Plaintiff,

                 -against--

ESU PALMER, JOHN DOE ESU OFFICERS of July 29th Use of Force, WARDEN of MDC JOHN DOE, JOHN DOE PROBE TEAM OFFICERS 1 through 9 on July 31st 2020 Use of Force, ESU CAPTAIN ROBERT ALEXIS, JOHN DOE MDC INTAKE CAPTAIN and DEPUTY WARDEN on July 31st 2020 (each sued in their individual and official capacity) AND THE CITY OF NEW YORK,

                                Defendants.

------------------------------------------------------------------------x

**ORDER TO PRODUCE**

23 Civ. 4699 (JGK) (JLC)

       A conference is scheduled in this matter for Thursday, February 8, 2024 at 11:00 a.m. before Honorable James L. Cott, United States Magistrate Judge.

       **IT IS HEREBY ORDERED THAT:** (1) the Warden or Warden's designee in charge of Great Meadow Correctional Facility produce inmate Umar Alli, 22B2174, at a suitable location within Great Meadow Correctional Facility equipped with a telephone, for the purpose of participating by telephone in the conference with the Court and defense counsel in the above referenced matter and (2) the Great Meadow Correctional Facility is directed to call Court's conference line at (877) 873-8017 (access code: 5277586) at the above time and date for the conference.  If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0250 between 10:00 a.m. and 4:00 p.m.

       Counsel for Defendants, must (1) transmit this Order to the Warden forthwith; (2) contact the Great Meadow Correctional Facility forthwith to arrange the call and to determine the

number at which the Plaintiff will be reachable at the above time and date; and (3) telephone the Court at the time and date of the February 8th Conference.

The Clerk's Office is directed to mail a copy of this Order to the pro se Plaintiff at the following address: Umar Alli, 22B2174, Great Meadow Correctional Facility, State Route 22, P.O. Box 51 Comstock, New York, 12821-0051.

SO ORDERED

Dated: New York, New York
        1/24/2024    , 2024

JAMES L. COTT
United States Magistrate Judge