UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- X

UMAR ALLI,

                                        Plaintiff,

-against-

ESU OFFICER PALMER, ET AL.,

                                       Defendants.

-------------------------------------------------------------------------- X

**STIPULATION AND
ORDER OF DISMISSAL**

23 Civ. 4699 (PGG) (SN)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1.      The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
        March 20        , 2026

CITY BAR JUSTICE CENTER
*Attorney for Plaintiff*
42 W. 44th Street
New York, NY 10036
212-382-6678

By: _____
    Susanne Toes Keane
    *Attorney for Plaintiff*

STEVEN BANKS
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York,*
    *Palmer and Alexis*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Joseph Zangrilli
    *Senior Counsel*

The Clerk of Court is directed to close the case.

SO ORDERED:

_____
HON. PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE

Dated: March 24 , 2026

2